# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:23-CV-00194-KDB-SCR

|  |  |
|---|---|
| YUFAN ZHANG, **Plaintiff,** v. UNITED HEALTH GROUP INC, ET AL. **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on its own motion and the Plaintiff's Motion for Reconsideration (Doc. No. 39). On July 29, 2024, the Court entered an Order adopting the Magistrate Judge's Memorandum and Recommendation that the Defendants' Motion to Dismiss be granted. (*See* Doc. Nos. 11, 33 and 36). Pursuant to this Order, Plaintiff's claims were dismissed and this case closed. Later on the same day, the Court received and filed Objections to the M&R that Plaintiff mailed on July 25, 2024, the deadline for filing objections. Despite the date of the filing, the Court finds that Plaintiff's objections to the M&R should be fully considered as if they were timely filed, and it had done so, even prior to receiving Plaintiff's request for reconsideration. However, after carefully considering Plaintiff's objections *de novo*, the Court finds there is no error as to the M&R and that Plaintiff's objections should be overruled. Accordingly, the Court grants Plaintiff's Motion for Reconsideration to the extent it asks the Court to fully consider Plaintiff's objections and reaffirms its earlier ruling as to all its orders. This matter shall remain closed.

**SO ORDERED, ADJUDGED AND DECREED.**

Signed: August 1, 2024

Kenneth D. Bell
United States District Judge